James Daly, Respondent, *v.* John R. Lee et al., Appellants.

*Daly* v. *Lee*, 39 App. Div. 188, affirmed.
(Argued April 22, 1901; decided May 7, 1901.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 5, 1899, sustaining plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, and granting a motion for a new trial.

*George F. Yeoman* for appellants.

*J. P. O'Connor* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: O'Brien, Bartlett, Martin, Vann, Landon and Cullen, JJ. Dissenting: Parker, Ch. J.

The People of the State of New York, Respondent, *v.* James Benson and Patrick Allen, Appellants.

*People* v. *Benson*, 57 App. Div. 627, affirmed.
(Argued April 22, 1901; decided May 1, 1901.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 31, 1901, affirming a judgment of the Kings County Court entered upon a verdict convicting the defendants of the crime of injuring a telegraph wire in violation of section 639 of the Penal Code.

*Norman J. Marsh* for appellants.

*John F. Clarke* and *Robert H. Elder* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: Parker, Ch. J., O'Brien, Bartlett, Martin, Vann, Landon and Cullen, JJ.